ENTER/JS-6

FILED
CLERK, U.S. DISTRICT COURT
APR - 7 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DAVID TRANG THONG VONG,<br><br>  Petitioner,<br><br>  v.<br><br>RICK M. HILL, WARDEN (A),<br><br>  Respondent. | Case No. EDCV 10-00297 DDP (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed for the reasons set forth in the concurrently filed Order.

DATED: April 7, 2010

*/s/ Dean D. Pregerson*
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR - 8 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY